UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SHADOW OF THE CROSS
CHURCH AND WILBUR DAWSON

CIVIL ACTION NO. 5:18-CV-01614

VERSUS

JUDGE S. MAURICE HICKS, JR.

EMPLOYERS MUTUAL
CASUALTY COMPANY

MAGISTRATE JUDGE HAYES

## ORDER

Based on the foregoing:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims of plaintiffs

SHADOW OF THE CROSS CHURCH AND WILBUR DAWSON against

defendant EMPLOYERS MUTUAL CASUALTY COMPANY, and this matter be and

are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the parties

shall bear their own court costs.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 23rd day of

September, 2019.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT